# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAUL GILLPATRICK, and NICCOLE WETHERELL, <br><br> Plaintiffs, <br><br> vs. <br><br> SCOTT FRAKES, Director, in his official capacity, st. al; <br><br> Defendants. | **4:18CV3011** <br><br> **ORDER** |
| HAROLD BRYAN WILSON, and RILEY NICOLE SHADLE, <br><br> Plaintiffs, <br><br> vs. <br><br> JASON GEERDES, in his Official Capacity; et. al; <br><br> Defendants. | **8:16CV524** |

As requested in the Plaintiffs' unopposed motions, (4:18-cv-03011-RFR-CRZ <u>Gillpatrick et al v. Frakes et al</u>, Filing No. 21, and 8:16-cv-00524-RFR-CRZ, <u>Wilson et al v. Geerdes et al</u>, Filing No. 79), which are hereby granted,

IT IS ORDERED that the parties' deadline for filing a Rule (26)(f) report is extended to May 14, 2018, or to ten (10) days following the ruling by Judge Rossiter on Plaintiffs' motion for remand in 4:18-cv-03011-RFR-CRZ, <u>Gillpatrick et al v. Frakes et al</u>, whichever is later.

March 28, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge