IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAUL GILLPATRICK, and<br>NICCOLE WETHERELL,<br><br>      Plaintiffs,<br><br>vs.<br><br>SCOTT FRAKES, Director,<br>DENISE DAVIDSON, Warden,<br>ROBERT MADSEN, Warden,<br>    in their Official Capacities,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 4:18-cv-03011<br><br><br><br><br>MOTION TO DEFER<br>RULE 26(f) REPORT |

COMES NOW Paul Gillpatrick and Niccole Wetherell, Plaintiffs, by and through their attorneys of record, and move this Court to extend the deadline for the Rule 26(f) report from May 14, 2018 to and including May 21, 2018. Plaintiffs respectfully inform the Court that I have been out of the country until May 6, 2018. Since then I have worked on the proposed joint Rule 26(f) report and sent it to defendants with only one business day for them to contribute their share of the report.

I have conferred with Counsel for the Defendants. They do not oppose an extension of the deadline for submitting the joint Rule 26(f) report. Counsel for the defendants explained, "We are a bit swamped at the moment and will not be able to give this the review it deserves with only a one business day turnaround."

1

Plaintiffs propose a one week extension in this case because, unlike the other inmate marriage case, this case does not appear to have much complexity. Plaintiffs will meet and confer with counsel for the defendant and will submit an appropriate Rule26(f) report no later than May 21, 2018.

/s/ Michael D. Gooch

_____
Michael D. Gooch #15273
Attorney at Law
7215 North 162nd Street
Bennington, NE 68007
(402) 333-0722
mdgooch22@gmail.com

Amy A. Miller NSBA #21050
ACLU Nebraska Foundation
941 O Street #706
Lincoln NE 68508
(402) 476-8091

CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion to extend Rule 26(f) deadline has been served upon Dave Lopez, Deputy Solicitor General and Ryan S. Post, Assistant Attorney General, by electronic filing using CM/ECF this 11th day of May 2018.

/s/ Michael D. Gooch

_____
Michael D. Gooch