# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAUL GILLPATRICK and NICCOLE WETHERELL, | 4:18CV3011 |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| SCOTT FRAKES, Director, in his official capacity; MICHELE CAPPS, Warden, in her official capacity; and ANGELA FOLTS-OBERLE, Acting Warden, in her official capacity, | |
| Defendants. | |

In accordance with this Court's Memorandum and Order (Filing No. 73) entered this date, plaintiffs Paul Gillpatrick and Niccole Wetherell are awarded attorney fees in the amount of $73,818.25 against defendants Scott Frakes, Michele Capps, and Angela Folts-Oberle. The effect of this judgment is stayed pending appeal to the Eighth Circuit Court of Appeals.

Dated this 21st day of August 2019.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge