U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOTICE OF APPEAL (NOA) SUPPLEMENT
**DISTRICT OF NEBRASKA**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

**Caption**:  **Case Number**:

Gillpatrick et al v. Frakes et al    4:18-cv-03011-RFR-CRZ

**Appellant**:

Scott Frakes; Michele Capps; and Angela Folts-Oberle

**Attorney(s)**:

Ryan S. Post
ATTORNEY GENERAL'S OFFICE - NEBRASKA
2115 State Capitol Building
P.O. Box 98920
Lincoln, NE 68509-8920
(402) 471-1814

**Appellee:**

Paul Gillpatrick and Niccole Wetherell

**Attorney(s)**:

Amy A. Miller
AMERICAN CIVIL LIBERTIES UNION FOUNDATION - NEBRASKA
134 South 13th Street
Suite 1010
Lincoln, NE 68508
(402) 476-8091

Michael D. Gooch
MICHAEL GOOCH
7215 North 162nd Street
Bennington, NE 68007
(402) 333-0722

**Court Reporter(s)**:

N/A

**Please return files and documents to**:

Lincoln

**Person to contact about the appeal**:

Lindsey Olson

| **Length of Trial** | **Fee** | **IFP** | **Pending IFP** |
|---|---|---|---|
| N/A | Y | N | N |

| **Counsel** | **Pending Motions** | **Local Interest** | **Simultaneous Release?** |
|---|---|---|---|
| Retained | N | N | N |

**Criminal Cases/Prisoner Pro Se Cases only**:

**Is defendant incarcerated?**  N

**Where?**   N/A

**Please list all other defendants in this case if there were multiple defendants**
 N/A

**Special Comments**: