# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

## APPEAL BRIEFING SCHEDULE ORDER

Appeal No.   19-2871   Paul Gillpatrick, et al v. Scott Frakes, et al

Date:   August 30, 2019

## APPEAL REQUIREMENTS

1. Complete and file immediately:
   A. Corporate Disclosure Statement. See 8th Cir. R. 26.1A.
   B. Entry of Appearance Form.
      Forms are available at: www.ca8.uscourts.gov/all-forms

2. Prepare the Record on Appeal:
   A. Within 10 days, confer with opposing counsel and determine the method of Appendix preparation. See FRAP 30 and 8th Cir. R. 30A.
   B. Within 14 days, order any transcripts required for the appeal and arrange for payment. If no transcript is required, file a certificate of waiver. See FRAP 10(b). Appellee should order any additional transcripts within 14 days of appellant's order.
   C. Review the "Record on Appeal" at: www.ca8.uscourts.gov/appeal-preparation-information .

3. Review "Briefing Checklist" and "Pointers on Preparing Briefs" at:
   www.ca8.uscourts.gov/appeal-preparation-information .

## GENERAL INFORMATION

The following filing dates are established for the appeal. The dates will only be extended upon the filing of a timely motion establishing good cause for an extension of time. An extension of time automatically extends the filing date for the responding or replying party's brief. Dates are advanced if a party files its brief before the due date. Please refer to FRAP 25, FRAP 26 and FRAP 31 for provisions governing filing and service, as well as computing and extending time.

The Federal Rules of Appellate Procedure and the Eighth Circuit's Local Rules may be found at www.ca8.uscourts.gov/rules-procedures

The Practitioner's Handbook and the Court's Internal Operating Procedures may also be found at the same address.

## APPEAL BRIEFING SCHEDULE
## FILING DATES:

Method of Appendix Preparation Notification. . . . . . . . . . . . . . . . . . . . . . **14 days from today**

Designation & Statement of Issues-Appellant . . . . . . . . . . . . . . . . . . . . . . **14 days from today**

Designation of Record-Appellee. . . . . . . . . . **10 days from service of appellant's designation**

Appendix (3 copies) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **10/09/2019**
    **( Michele Capps )**
Appendix (3 copies) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **10/09/2019**
    **( Angela Folts-Oberle )**
Appendix (3 copies) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **10/09/2019**
    **( Scott Frakes )**

Appellant Brief with addendum . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **10/09/2019**
    **( Michele Capps )**
Appellant Brief with addendum . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **10/09/2019**
    **( Angela Folts-Oberle )**
Appellant Brief with addendum . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **10/09/2019**
    **( Scott Frakes )**

Appellee Brief. . . . . . . . . . . . . . . . . . . . . . . . . . . . . **30 days from the date the court issues**
                                                            **the Notice of Docket Activity filing the brief.**

Reply Brief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**21 days from the date the court issues**
                                                             **the Notice of Docket Activity filing the brief.**

**ALL BRIEFS AND APPENDICES SHOULD BE
FILED WITH THE ST. LOUIS OFFICE**