IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAUL GILLPATRICK, and NICCOLE WETHERELL, <br><br> Plaintiffs, <br><br> vs. <br><br> SCOTT FRAKES, Director, in their official capacities; MICHELE CAPPS, in her official capacity as Warden of the Nebraska State Penitentiary; and ANGELA FOLTS-OBERLE, in her official capacity; <br><br> Defendants. | 4:18CV3011 <br><br> ORDER |

IT IS ORDERED that the motion at Filing No. 82 is construed as a motion to withdraw Ryan S. Post as counsel of record for Defendants. The motion (Filing No. 82) is granted. Ryan S. Post shall no longer receive electronic notice in this case.

James A. Campbell has previously entered his appearance and shall remain counsel of record for Defendants.

Dated this 19th day of May, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge