IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAUL GILLPATRICK, and NICCOLE WETHERELL,<br><br>Plaintiffs,<br><br>vs.<br><br>SCOTT FRAKES, Director, in their official capacities; MICHELE CAPPS, in her official capacity as Warden of the Nebraska State Penitentiary; and ANGELA FOLTS-OBERLE, in her official capacity;<br><br>Defendants. | **4:18CV3011**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Benjamin M. Goins, as counsel of record for Defendants, (Filing No. 89), is granted. Benjamin M. Goins shall no longer receive electronic notice in this case.

Dated this 4th day of August, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge